# EXHIBIT 1

*Filed separately under seal*

# EXHIBIT 2

January 21, 2025

Dear Judge King,

I take responsibility for these crimes I committed. I have remorse for doing these things and I regret that I did them. I know that selling drugs to other people can be harmful to them. I never wished to harm anyone. It did not occur to me that I could cause harm to others when I was doing this. I promise I now know this harm, that I have learned this lesson. The same is true about the firearms and explosive materials that I had. Not only do I recognize the potential harm these items could have caused to the public, but I also recognize I went way over the top to accomplish my goal of protection. I was just concerned about our safety and did not have any plans of hurting other people. I do not want to cause harm to the public in the future. These crimes I committed will not happen again and the reason is because I am completely out of that situation now, and I am no longer taking stimulants. This combined with the fact that we are no longer trying to escape the violence that other people were driving us away from society with has made a huge difference. Also, the fact that I am currently planning on pursuing higher education and a career path during this life-changing experience will guarantee my success. I do not like prison, but I definitely needed this trip to prison in order to experience my wakeup call and it definitely woke me up more than anything I've ever experienced and with that being said I will never do anything again that lands me in this place. I am also planning on getting all the treatment I need, which is a lot. I am so grateful for my family, and I recognize that upon release my family support will greatly increase my chances of success.

Thank You,

Braiden F. Wilson

# EXHIBIT 3

January 20, 2025

Your Honor,

  I am Braiden Wilson's mother. I really Love my son. My son has regrets for his choices he has made. I hope this jail time turns him around. It appears that he is very motivated to want to start a new life being clean and making some education choice. He seems genuine, he knows he cannot screw up again.  He seems very motivated to go to college, to make a major change in his life.  This makes me happy. We are ready to support him so that he can get himself back on track as much as is appropriate. I know he is not going to forget this experience. Especially all the trauma of living that lifestyle and being shot seems to be over in his mind. I think he has finally had enough of the hardships in his life. He is trying to get help while in Prison to educate himself and stay out of trouble. So that when he is done, he will be able to live a life that is clean and smarter choices. I have hope that he will turn his life around, it seems like he has learned his lesson.

  Braiden has had hardships in his life. He has struggled first with mental illness, that have caused drug addiction, and then homelessness, he has not been able to get therapy or help because of his addiction. Here are some of the hardships. He had ADHD diagnosis while in elementary school that has caused him challenges in getting through the school system. He had an IEP and 504 plan. The school also asked that he be on ADHD medication.  He was on different meds until he found one that worked. This all got him all the way through until he was almost 18. In High School some time he started being around people that used drugs, and he was too. He stopped his ADHD med. refused to take them, there was no way I could do anything to help him, he was not reasonable about what he was doing. Then, I sent him to Ollala inpatient treatment Center for rehab right before turning 18. He eventually went back to a lifestyle I didn't agree with.  Later, he returned to school on his own to get his GED at Renton Tech. He is intelligent, to know that is important. He has struggled getting on track.  Another hardship he faced is when he was a bit older, 24, he was changing the oil on a car, and it fell on top of him. He is still struggling with his emotional equilibrium. It cracked his whole skull, broke his jaw, shattered his orbital eye bone in pieces. He was in surgery for 5.5 hours to repair the damage. It had ripped his muscles up while trying to hold the car off him for a while to save his life. He could've lost his life.  It seems like his decisions and judgement have been way off since then. I am very hopeful that he will turn things around because it appears he has had enough of the hardships.

  I am concerned that a harsh sentence will result in him being around the influence of bad people for too long, which is another hardship he will have to face. The most jail he has ever had is 60 days!  Braiden grew up in a multi generation loving home, he is loved now as he was then. We Love him very much!  I would like to see my son have the opportunity to do

better, think better, thrive, and make better choices. He has a Family that Loves him and has not abandon him. I try to send him money if I can, encourage him, talk to him and email him. I truly hope that this time his motivation to better himself holds true. I Love him very much.

Thank You,

Jennifer Wilson-Miller (mom)
425-996-5509

Your Honor.

My name is Gordon D. Wilson (Dan), 3021 238th Ave SE, Sammamish, WA 98075

Braiden Wilson is my Grandson. First grandson of two.

Braiden's upbring was mostly done by his single Mom, Jennifer. Jenny has worked so hard for her 2 sons and with devotion.

My late wife Gale M. Wilson and I had the pleasure of living with Braiden in the same household for years. We were both so fortunate to spend years and years with him, what a beautiful grandson, we felt so lucky.

Braiden is a very smart compassionate person.

Braiden and I have been talking on the phone, and he is now committed to getting a college degree while he is incarcerated. His mom and I have been asked to research colleges that offer degrees for him to take while in prison. He is eager to start to further his education and get a degree by the time he is out so he will be ready for his new life.

My thought is that Braiden will not be in trouble or reoffend.


Dan Wilson

January 27, 2025

Dear Judge King,

I am writing to offer my thoughts and recommendations for Braiden F. Wilson, who is scheduled for sentencing in your court. I have had the privilege of knowing Braiden since he was born & his family since his mother and I were in second grade. Along with 31 years of recovery myself, I have worked in multiple treatment modalities including the men's prison in Shelton. I no longer practice but did for many years. While I can attest he had amazing support and love from his mother's side growing up. It was the polar opposite on his father's side. His father was often not around. However, from my experience with his father's family there was either neglect or anger in a way that Braiden wouldn't know what was going to happen. I can't imagine that felt safe for a child growing up.

I recognize that Adverse Childhood Experiences (ACES) along with untreated mental illness are contributing factors that have led Braiden to addiction and the lifestyle. Braiden now has an opportunity to change his life and once released fully utilize his support system in a healthy manner.

While I understand the seriousness of the charges against Braiden, I do believe with the right rehabilitation, mental health care and continued motivation he can acclimate back to society as a productive member of society in recovery. I believe his eyes are open, he wants a change and have the opportunity to be a productive member of society. With the right programs and treatment followed with career training, this is possible.
Then he will utilize his amazing support in a healthy way and never need to look back.
I fully recognize the gravity of the situation and the consequences of Braiden's actions. However, I believe that Braiden has shown genuine remorse, demonstrated a sincere willingness to make change, and is committed to leading a law-abiding and productive life going forward.

I respectfully ask that you consider these factors as you determine the appropriate sentence. I believe that Braiden, with the right treatment, has the potential to continue making positive contributions to society and will work diligently to avoid any future missteps.

Thank you for your time and consideration. If you require any further information, I am happy to provide it.

Sincerely,

Michelle Hambly
(Longtime Family Friend)