UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>  v.<br><br>BRAIDEN F. WILSON,<br><br>               Defendant. | CASE NO. 2:24-cr-00093-LK<br><br>ORDER GRANTING MOTION TO SEAL |

       This matter comes before the Court on Defendant Braiden Wilson's Motion to Seal Document. Dkt. No. 117. He requests that the Court maintain Exhibit 1 to his sentencing memorandum under seal because it "contains private protected health care information." *Id.* at 1.

       Exhibit 1 is a confidential psychiatric evaluation. Dkt. No. 116. Psychiatric reports can be sealed pursuant to Local Criminal Rule 49.1(d)(6) without a Court order; therefore, the rule allows such materials to be filed under seal.

       Accordingly, the Court GRANTS Mr. Wilson's motion to file Exhibit 1 under seal,

//

ORDER GRANTING MOTION TO SEAL - 1

Dkt. No. 117, and allows docket entry 116 to remain under seal.

Dated this 14th day of March, 2025.

*Lauren King*
Lauren King
United States District Judge

ORDER GRANTING MOTION TO SEAL - 2