UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br><br>　　v.<br><br>BRAIDEN FARRELL WILSON,<br>　　　　　Defendant. | NO.  CR24-093 LK<br><br>[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO TERMNATE THOMAS COE AS COUNSEL OF RECORD AND APPOINT NEW COUNSEL |

THE COURT, having reviewed the unopposed motion, GRANTS THE MOTION to terminate Mr. Thomas Coe as counsel of record and directs the CJA Administrator to appoint new CJA counsel to represent Mr. Braiden Farrell Wilson.

Dated this __21st__ day of April, 2026.

_Lauren King_
Lauren King
U.S. District Court Judge

[Proposed] Order
Page - 1